**Order entered April 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01550-CV**

**JOHN GUANDOLO AND SAINT GEORGE'S ALLIES, INC. D/B/A UNDERSTANDING THE THREAT, Appellants**

**V.**

**RICHARD STANEK, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14892**

**ORDER**

The reporter's record in this case is overdue. By postcard dated March 19, 2020, we notified the official court reporter for the 162nd Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. On March 31, 2020, appellants filed verification they paid for preparation of the reporter's record on January 9, 2020.

Accordingly, we **ORDER** Court Reporter Sheretta L. Martin to file the reporter's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Maricela Moore
Presiding Judge
162nd Judicial District Court

Sheretta L. Martin
Official Court Reporter
162nd Judicial District Court

All parties


/s/   ROBERT D. BURNS, III
CHIEF JUSTICE